**SYCAMORE CONDOMINIUM CORPORATION,**
**Respondent,**

v.

**BREEZE PROPERTIES,**
**INC., Appellant.**

**No. 63264.**

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 21, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 14, 1994.

Application to Transfer Denied
March 22, 1994.

Patrick J. Hagerty, St. Louis, for appellant.

Joel David Brett, St. Charles, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Tenant appeals from a judgment granting rent of $86,700 and possession of leased premises to Landlord. We find the trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. Rule 84.16(b)(1). Also, no error of law appears. Rule 84.16(b)(5).

We further find an opinion would have no precedential value and affirm by written order. Rule 84.16(b). A memorandum has been provided to the parties for their use only.